I CERTIFY THAT THIS IS A TRUE COPY
GEORGE A. RAY
CLERK, U.S. DISTRICT COURT

BY W. Lindsborg
     DEPUTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

STANISLAW PSZENICZNY

          Defendant.

---

THE GRAND JURY CHARGES:

I N D I C T M E N T

Criminal No. 97-CR-038 FJS

VIO: 8 U.S.C. § 1324(a)(1)(A)(ii)

[One Count]

RECEIVED
MAR 25 1997
U.S. PROBATION, ALBANY, NY

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
FEB 12 1997
GEORGE A. RAY, Clerk
ALBANY

COUNT ONE

That from on or about January 16, 1997, in Franklin County, State and Northern District of New York, the defendant **STANISLAW PSZENICZNY**, did knowingly and in reckless disregard of the fact that an alien had come to, entered or remained in the United States in violation of law, transported, or moved, or attempted to transport or move such alien.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

                                            A TRUE BILL

                                            FOREPERSON

THOMAS J. MARONEY
UNITED STATES ATTORNEY

BY: ▮▮▮▮▮▮▮▮▮▮
JOSHUA W. NESBITT
ASSISTANT U.S. ATTORNEY
BAR ROLL # 103835