**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice to EOIR: Alien Address**

| | |
|---|---|
| **DATE:** | 06/25/97 |

**TO:**   OFFICE OF THE IMMIGRATION JUDGE
Executive Office for Immigration Review
130 Delaware Ave.
Buffalo, NY 14202

**FROM:**   USINS
Buffalo, NY

**RESPONDENT:** Stanislav PSZENICZNY        **A#** 45 031 495

---

**This is to notify you that this respondent is:**

[ ] Currently incarcerated by other than INS. An Order to Show cause (Form I-221) has been served on the Respondent, and an Immigration Detainer-Notice of Action by Immigration and Naturalization Service (Form I-247) has been served with the institution shown below . He/she is incarcerated at:

His/her anticipated release date is: _____

[ ] Detained by INS at: _____

[ ] Detained by INS and was transferred this date to another location of detention at:_____

**INS Motion for Change of Venue attached. [ ] Yes [ ] No**

[X] Released from INS custody on the following conditions(s):
  [ ] Personal Recognizance
  [ ] Order of Recognizance (Form I-220A)
  [X] Bond in the Amount of $ 25,000
     [ ] Surety     [ ] Cash
  [ ] Other_____

[X] Upon release from INS custody , the respondent reported his/her address and telephone number will be:
56-57 59 St.
Maspeth, NY 11378

[ ] Upon release from INS custody, the respondent was reminded of the requirements contained in Section 242B (a) (F) (ii) , and was provided with a Form EOIR-33, Change of Address .

| | |
|---|---|
| **Signature-INS Officer** | SDEO/DO |
| | **Title-INS Officer** |
| Michael Phillips | Buffalo, NY |
| **Printed Name of INS Officer** | **Location** |

**ORIG: OIJ**
**CC: A-FILE**

Form I-830 (06-12-92)

**SP_000528**