**U.S. Department of Justice**  
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File: A45-031-495 - New York

Date: MAY 15 2001

In re: PSZENICZNY, STANISLAW

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT: Broydes, Mark, Esq.

*ORIGINAL TO BE PLACED IN A-FILE*

ORDER:

PER CURIAM. The Board affirms, without opinion, the results of the decision below. The decision below is, therefore, the final agency determination. See 8 C.F.R. § 3.1(a)(7).

_____  
FOR THE BOARD