**U.S. Department of Justice**
Immigration and Naturalization Service

**MEMORANDUM OF INVESTIGATION**

Case No: NYC0511000142

| File Number | Title | Control Office |
|---|---|---|
| A45 031 495 | Primary subject: PSZENICZNY, Stansislaw Piotr | /NYC |

Narrative Title: Memorandum of Investigation

On 11/02/2004, at 0600 hrs, pursuant to a Warrant of Deportation NYC Fugitive Operations Officers S. ▮▮▮▮▮▮ and myself went to the subject's last known address at 8537 Woodhaven Blvd #1E Woodhaven, NY 11421 to locate and or apprehend subject. Permission to enter the apartment was obtained from Mr. Pszeniczny and once inside I identified him as being the subject of my investigation. The subject was advised of the Warrant of Deportation and that he is under arrest. The subject's valid passport was obtained along with his medication for high cholesterol. The subject was then transported to 26 Federal Plaza NY, NY for processing without incident.

The subject is a native and citizen of Poland, born on 06/26/1953. On 06/04/1996, at NYC the subject entered the U.S. as an LPR/DV2. On 01/16/1997, subject was arrested by the Border Patrol along the northern border with Canada smuggling Polish citizens into the U.S. Subject was prosecuted Criminally and Administratively. Criminally, the subject was convicted of Alien Smuggling 8 USC 1324(a)(1)(A) and Administratively, the subject was ordered deported 07/22/1998, and the BIA affirmed the I/J order on 05/15/2001.

| Investigator | | Date |
|---|---|---|
| ▮▮▮▮▮ | DEPORTATION OFFICER | November 2, 2004 |
| Form G-166C (7-1-▮▮) | | Page 1 of 1 |

SP 000037