# EXHIBIT A

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BUFFALO, NEW YORK

IN THE MATTER OF

Stanislaw PSZENICZNY,

RESPONDENT

IN REMOVAL PROCEEDINGS

Case #A 45-031-495

### ORDER OF THE IMMIGRATION JUDGE

This cause having come on to be heard on the Respondent's motion for change of venue, and there being no opposition by Government's counsel, and the Court having duly considered the matter and being otherwise fully advised of the premises and all the proceedings had heretofore;

**IT IS HEREBY ORDERED and ADJUDGED** that the Respondent's motion for change of venue to New York, New York be and the same is hereby granted.

**DONE and ORDERED** this 24th day of February, 1998, at Buffalo, New York.

Respondent's Current Address:
5657 59th Street
Maspeth, NY 11378

Assistant District Counsel
Immigration & Naturalization
 Service

Respondent/Respondent's
        Counsel

MICHAEL ROCCO
Immigration Judge

**U.S. Department of Justice**
Immigration and Naturalization Service

Notice to EOIR: Alien Address

DATE: 06/25/97

TO: OFFICE OF THE IMMIGRATION JUDGE
Executive Office for Immigration Review
130 Delaware Ave.
Buffalo, NY 14202

FROM: USINS
Buffalo, NY

RESPONDENT: Stanislaw PSZENICZNY    A# 45 031 495

This is to notify you that this respondent is:

[ ] Currently incarcerated by other than INS. An Order to Show cause (Form I-221) has been served on the Respondent, and an Immigration Detainer-Notice of Action by Immigration and Naturalization Service (Form I-247) has been served with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is: _____

[ ] Detained by INS at: _____

[ ] Detained by INS and was transferred this date to another location of detention at: _____

INS Motion for Change of Venue attached. [ ] Yes [ ] No

[X] Released from INS custody on the following conditions(s):
   [ ] Personal Recognizance
   [ ] Order of Recognizance (Form I-220A)
   [X] Bond in the Amount of $ 25,000
      [ ] Surety    [ ] Cash
   [ ] Other _____

[X] Upon release from INS custody, the respondent reported his/her address and telephone number will be:
   56-57 59 St.
   Maspeth, NY 11378

[ ] Upon release from INS custody, the respondent was reminded of the requirements contained in Section 242B (a)(F) (ii), and was provided with a Form EOIR-33, Change of Address.

Signature-INS Officer

Michael Phillips
Printed Name of INS Officer

Title-INS Officer: SDEO/DO

Location: Buffalo, NY

ORIG: OIJ
CC: A-FILE

SP_000534

Form I-830 (06-12-92)