

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

SENIOR ASSOCIATE
BENJAMIN L. SIMPSON
ben@cfblaw.com

OF COUNSEL
ROBERT VENTURO
RICHARD COHEN
JEFFREY COHEN
RONALD COHEN

April 12, 2019

Honorable Judge Jack Weinstein
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 22 2019 ★
BROOKLYN OFFICE

Re: United States v. Pszeniczny, Stanislaw 18 CR 433
Request for Adjournment to file Reply

Dear Honorable Judge Weinstein,

We are requesting, with the consent of the government, an adjournment of Monday, April 15, 2019 court date to Thursday, May 9, 2019. We expect to file a reply to the government's response to our motion to dismiss on or before May 3, 2019.

Respectfully,

David J. Cohen, Esq.

*[Handwritten: Granted Jack Weinstein 4/18/19]*

---

Manhattan  950 Third Avenue, 11th floor, New York, NY 10022   T. 212.766.9111   F. 212.766.9166
Long Island  228 East Main Street, Patchogue, NY 11772   T. 631.766.9111   F. 212.766.9166